IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Rogers, George

Printed:  3/11/08

Case Number:  05 B 16630
Judge:  Goldgar, A. Benjamin
Filed:  4/27/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  January 29, 2008
Confirmed:  June 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,100.00 |  |
| Secured: |  | 6,664.61 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 435.39 |
| Other Funds: |  | 0.00 |
| Totals: | 9,100.00 | 9,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,000.00 | 2,000.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 14,035.74 | 6,664.61 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 678.20 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Unsecured | 211.43 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 35.05 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 1,715.83 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 23.99 | 0.00 |
| 8. | American General Finance | Unsecured | 213.48 | 0.00 |
|  |  |  | $ 18,913.72 | $ 8,664.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 52.50 |
| 5.5% | 153.99 |
| 5% | 52.50 |
| 4.8% | 100.80 |
| 5.4% | 75.60 |
|  | $ 435.39 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Rogers, George

Printed:  3/11/08

Case Number:  05 B 16630

Judge:  Goldgar, A. Benjamin

Filed:  4/27/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

